FILED

01/15/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0468

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0468

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

                                         O R D E R

GARRETT ALAN LEE,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jessica T. Fehr, District Judge.

For the Court,

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 15 2025